UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BURUDI FAISON,

                Plaintiff,                      17-cv-2338 (PKC)

      -against-                                ORDER

COUNTY OF SUFFOLK,

                Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff's claim arose in the Eastern District of New York which is also where the defendant resides. The plaintiff does not reside in this district. Accordingly, venue is not proper in this district. 29 U.S.C. §1391(b).

        Per the BOP Inmate Locator, Burudi Faison is not in the custody of the Bureau of Prisons. He has done nothing to move the case nor to update his contact information. The defendant has not been served.

        For these reasons the interests of justice counsel in favor of dismissal rather than transfer to the Eastern District of New York. The action is dismissed without prejudice for improper venue.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York                Mailed 6/3/20
       June 3, 2020                            Burudi Faison
                                             5756 Hartford St.
                                             Bldg. 5802 Rm 220
                                             Fort Dix, NJ 08640